UNITED STATES OF AMERICA
UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |  |
|---|---|---|
| NATIONAL ASSOCIATION OF BROADCAST EMPLOYEES AND TECHNICIANS – COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO, | : : : : : | CIVIL ACTION<br><br>Docket: _____ |
|  | : | DEMAND FOR JURY TRIAL |
| Plaintiff, | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| WKYC-TV, | : |  |
|  | : |  |
| Defendant. | : |  |
|  | : |  |

Plaintiff National Association of Broadcast Employees and Technicians – Communications Workers of America, AFL-CIO ("NABET-CWA" or "the Union") files this action for a breach of a collective bargaining agreement ("CBA") under Section 301 of the Labor Management Relations Act ("LMRA"), 29 U.S.C. §185 against Defendant WKYC-TV.

Parties:

1.     Plaintiff NABET-CWA is an unincorporated labor organization with its headquarters located at 501 Third Street NW, Washington, DC 20001.

2.     Defendant WKYC-TV is a television station with its principal location at 1333 Lakeside Avenue, Cleveland, OH 44114.

3.     NABET-CWA and WKYC-TV are parties to a CBA.

1

Jurisdiction and Venue:

4.      This Court has jurisdiction over this civil action under Section 301 of the LMRA, 29 U.S.C. §185(a).

5.      Venue is proper in this district pursuant to 28 U.S.C. §1391 because Defendant WKYC-TV does business in this district and this district is where the events giving rise to the claim occurred.

Facts:

6.      At all times relevant to this matter, NABET-CWA and WKYC-TV were and are parties to a CBA that governs the terms and conditions of employment for all bargaining unit members. A copy of the CBA is attached hereto.

7.      Article II in the CBA provides that WKYC-TV may only terminate a bargaining unit member for legitimate business reasons, and that it may discipline a bargaining unit member only for cause.

8.      The parties did not agree to arbitration or any other alternative dispute resolution method in the CBA, thus this action for a breach of the CBA is proper.

9.      On or about March 11, 2026, WKYC-TV terminated the employment of bargaining unit member Matthew Lawrence, a photojournalist, without cause and without a legitimate business reason.

10.      WKYC-TV directed Lawrence to capture live footage of a vigil at te site where two young girls had died. The employer cued Lawrence that his camera was about to be live, broadcasting the event. At that time, a co-worker of Lawrence walked directly in front of his camera, blocking his live shot of the vigil, which WKYC-TV

specifically demanded. Lawrence redirected his co-worker with his arm so she was no longer blocking his live shot. The co-worker complained several days later. The incident was recorded.

11.     NABET-CWA filed a grievance under Article XV of the CBA, which was denied by management.

12.     NABET-CWA has exhausted all internal remedies.

Count I:

13.     Plaintiff repeats and incorporates paragraphs 1 - 12 above.

14.     By the above conduct, WKYC-TV has breached the "cause" for discipline and "legitimate business reason" for termination requirements in the CBA.

15.     As a direct result of WKYC-TV's breach of the CBA, NABET-CWA has suffered economic harm and the loss of a member.

16.     As a direct result of WKYC-TV's breach of the CBA, NABET-CWA's member, Matthew Lawrence, has suffered great economic and reputational harm, including lost back wages, front wages, health, life, and other insurance benefits; and lost §401(k) earnings.

Prayer for Relief:

WHEREFORE, Plaintiff NABET-CWA asks that this Court for a trial by jury which will find Defendant WKYC-TV to have breached the terms of the CBA;

Plaintiff asks this Court to Order Defendant WKYC-TV to reinstate Mathew Lawrence to his photojournalist position;

3

Plaintiff asks this Court to Order Defendant WKYC-TV to compensate Matthew Lawrence for all lost wages and benefits, including but not limited to out-of-pocket medical expenses; lost §401(k) earnings; lost overtime, lost premium pay, and front pay.

Plaintiff asks this Court to Award pain and suffering damages to its member Matthew Lawrence;

Plaintiff asks this Court to Order Defendant WKYC-TV to compensate Plaintiff for the loss of its dues revenue;

Plaintiff asks for an Award of attorney fees and costs to be paid by Defendant WKYC-TV; and

Plaintiff asks for any other relief deemed proper by this Court.

Respectfully,

NABET-CWA, AFL-CIO

By its Attorney:

*/s/ Judiann Chartier*

Dated:        June 10, 2026

Judiann Chartier
General Counsel
NABET-CWA, AFL-CIO
501 Third Street NW
Washington, DC 20001
(202) 368-9112
jchartier@cwa-union.org